IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEPHEN M. WRIGHT | : |
| | : |
| v. | : Bankruptcy No:91-5-2706JS |
| | : Adversary No: 98-5733JS |
| Barry Steve Asbury | : Civil Action No.: WMN-00-1237 |

\* \* \* \* \* \* \* \* \* \* \*\*\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| STEPHEN M. WRIGHT | : Bankruptcy No.: 91-5-2706JS |
| | : Adversary No: 92-5257JS |
| v. | : Civil Action No.: WMN-95-3535 |
| | : Civil Action No.: WMN-001238 |
| Barry Steve Asbury | : |

\* \* \* \* \* \* \* \* \* \* \*\*\* \* \* \* \* \* \* \* \*

### ORDER GRANTING APPELLANT'S MOTION TO ENLARGE THE TIME TO FILE APPELLANT'S BRIEF

Upon Motion made by Appellant, and any response thereto, and for good cause shown, it is this 23rd day of May, 2000,

ORDERED, that the Appellant's Motion to Enlarge The Time To File Appellant's Brief is hereby GRANTED; and, it is further,

ORDERED, that the Appellant shall file Appellant's Brief on or before the 22nd day of June, 2000, and it is further,

ORDERED, that the Appellee shall file Appellee's Brief on or before the 21st day of July, 2000, and it is further,

ORDERED, that the Clerk of the Court shall mail copies of this Order to all parties of record.

_____
William M. Nickerson,
United States District Judge

MAY 23 2000

1