IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEPHEN M. WRIGHT, and, <br><br> Plaintiff <br><br> V. <br><br> BARRY STEVE ASBURY <br> Defendant | Civil Action No.: WMN-00-1237[2] <br> Bankruptcy No.: 91-5-2706-JS <br> Adversary Nos.: 92-5733-JS |

## ORDER GRANTING APPELLANT'S
## SECOND MOTION TO ENLARGE THE TIME
## TO FILE APPELLANT'S BRIEF

Upon Motion made by Appellant, and any response thereto, and for good cause

shown, it is this _28th_ day of _June_, 2000,

ORDERED, that the Appellant's Motion To Enlarge The Time To File Appellant's

Brief is hereby GRANTED; and it is further,

ORDERED, that the Appellant shall file Appellant's Brief on or before, the _5th_

day of _July_, 2000; and it is further,

ORDERED, that the Appellee shall file Appellee's Brief on or before, the _7th_

Day of _August_, 2000, and it is further,

ORDERED, that the Clerk of the Court shall mail copies of this Order to all

parties of record.

_____
William M. Nickerson,
United States District Judge

---

[2] This case involves two (2) appeals, Civil Action No. WMN- 001237 and Civil Action No. WMN-00-1238 which this Court consolidated into Civil Action No.: WMN- 00- 1237.

3