IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEPHEN M. WRIGHT, C.P.A., et al. | : Bankruptcy No. 91-5-2706JS |
| | : Adversary No. 92-5257JS |
| | : Civil Action No. WMN-00-1237 |
| v. | : |
| | :     (Consolidated with) |
| BARRY STEVE ASBURY | : |
| | : Adversary No. 98-5733JS |
| | : Civil Action No. WMN-00-1238 |

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 27th day of February, 2001 by the United States District Court for the District of Maryland, ORDERED:

1. That Debtor's Motion for Judgement and Ordering Fixed Court Costs, Paper No. 11, is DENIED;

2. That the decision and order of the Bankruptcy Court issued March 10, 2000 are AFFIRMED;

3. That these consolidated cases are hereby CLOSED; and

4. That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all parties.

William M. Nickerson
United States District Judge